AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

FILED
DEC 0 2 2016

Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-16-2208-M |
| Shylea Chanell CHAVIRA YOB: 1997 Citizenship: US | ) ) ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 2, 2016__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 952 | Illegal Importation of Controlled Substances/Approximately 5.32 kilograms of Methamphetamine and 9.22 kilograms of Cocaine, both Schedule II Controlled Substances. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

*Complainant's signature*

Ana L. Aguilera, HSI Task Force Officer
*Printed name and title*

Approved Joseph Leonard
Sworn to before me and signed in my presence.

Date: 12/2/2016

*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Jason B. Libby
*Printed name and title*

Attachment A

On December 2, 2016, at approximately 6:23 A.M, Shylea Chanell CHAVIRA, the driver of a Nissan Sentra bearing Texas license plates (HTB1393), presented herself for inspection at the Hidalgo, Texas Port of Entry.

The primary Customs and Border Protection Officer (CBPO) referred CHAVIRA for a secondary inspection due to a CBP Enforcement action.

An x-ray inspection of CHAVIRA's vehicle revealed anomalies in the floor area. Inspection of the vehicle revealed a non-factory compartment in the floor area. A probe of the non-factory compartment revealed a white powdery substance that field tested positive for cocaine. A total of 13 packages were extracted from the compartment of which eight field tested positive for cocaine and five field tested positive for methamphetamine. The weight of the cocaine was 9.22 kilograms, and the weight of the methamphetamine was 5.32 kilograms, for a combined total weight of 14.54 kilograms.

In a post Miranda statement, CHAVIRA admitted to HSI Special Agent and Task Force Officers that she was hired by an individual known as "Wero" to transport narcotics into the United States. CHAVIRA further admitted that she has crossed narcotics into the United States on four prior occasions and was paid $500.00 US dollars each time.

CHAVIRA was arrested and charged with violations of 21 U.S.C § 952, Illegal Importation of a Controlled Substance.